# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ERIC JOHN GIDLEY,

    Plaintiff,

v.                                                Case No: 8:22-cv-1943-CEH-AAS

KILOLO KIJAKAZI,
ACTING COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION,

    Defendant.
_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Amanda Arnold Sansone on August 3, 2023 (Doc. 24). In the Report and Recommendation, Magistrate Judge Sansone recommends that the decision of the Commissioner of Social Security denying Plaintiff's claim for disability insurance benefits (DIB) under the Social Security Act, 42 U.S.C. Section 405(g), be affirmed. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is now

**ORDERED AND ADJUDGED** that:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 24) is **ADOPTED, CONFIRMED,** and **APPROVED** in all respects and is made a part of this Order for all purposes, including appellate review.

(2) The decision of the Commissioner of the United States Social Security Administration is **AFFIRMED**.

(3) The Clerk is directed to enter a judgment in favor of the Commissioner and to close this case.

**DONE** and **ORDERED** at Tampa, Florida on August 28, 2023.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**Copies furnished to:**
Counsel of Record
U.S. Magistrate Judge Amanda Arnold Sansone